JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ROBERT PASERI, <br> Petitioner, <br> v. <br> DOMINGO URIBE, JR., Warden, <br> Respondent. | Case No. ED CV 12-1705-PSG (SP) <br><br> **JUDGMENT** |

Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: ___November 26, 2012___

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE